JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>TTE TECHNOLOGY, INC.; TCT MOBILE (US) INC.; HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.; and TCL KING ELECTRICAL APPLIANCES (HUIZHOU) COMPANY LIMITED.<br><br>Defendants. | Case No. 2:21-cv-07323-AB(PDx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, **IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED with prejudice** as to all parties.  Each party shall bear its own fees and costs.

Dated:  May 19, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE